IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED

AUG 0 5 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) No. | |
| | ) | |
| LOUIS F. HICKS, | ) | **1:25CR110SNLJ-ACL** |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Thomas C.
Albus, United States Attorney for the Eastern District of Missouri, and Julie A. Hunter, Assistant
United States Attorney for said District, and moves the Court to order defendant detained
pending trial, and further requests that a detention hearing be held three (3) days from the date of
defendant's initial appearance before the United States Magistrate Judge pursuant to Title 18,
United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.      Defendant is charged with an offense for which a maximum term of imprisonment
of ten years or more is prescribed in the Controlled Substances Act (Title 21, United States Code,
Section 801, et seq.), specifically distribution of Fentanyl, in violation of Title 21, United States
Code, Section 841(a)(1).

2.      Accordingly, a rebuttable presumption arises pursuant to Title 18, United States
Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will

reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

        3.      There is a serious risk that the defendant will flee.

        4.      The defendant is a threat to the community.

**Offense Conduct**

On December 4, 2024, an undercover officer with the SEMO Drug Task Force purchased twenty capsules containing Fentanyl from defendant for $300. The narcotics transactions took place in Stoddard County, within the Southeastern Division of the Eastern District of Missouri. The transactions were audio and video recorded.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
UNITED STATES ATTORNEY

JULIE A. HUNTER, #51612MO
ASSISTANT UNITED STATES ATTORNEY
555 Independence, 3rd Floor
Cape Girardeau, MO 63703
(573) 334-3736
julie.hunter@usdoj.gov