UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) No. | |
| LOUIS F. HICKS, | ) ) ) | 1:25CR110SNLJ-ACL |
| Defendant. | ) | |

FILED
AUG 0 5 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

### ORDER

It appearing to the Court that the following defendant, to wit,

**LOUIS F. HICKS,**

has been indicted by the grand jury, and that the defendant has not yet been taken into custody, nor has the defendant yet given bail for the defendant's final appearance to answer said indictment, it is by the Court ordered that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendant is in custody or has given bail for the defendant's final appearance.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of August, 2025.