UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:25 CR 110 SNLJ (ACL) ) |
| LOUIS F. HICKS, | ) ) |
| Defendant. | ) |

# ORDER

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §3006A(c) and, the Criminal Justice Act Plan for the Eastern District of Missouri, IV, B, the Federal Public Defender for this District is hereby appointed to represent the above-named defendant for:

( ) The initial appearance.

(x) All further proceedings in this case.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of September, 2025.