UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:25 CR 110 SNLJ (ACL) |
| ) | |
| LOUIS F. HICKS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that a detention hearing and arraignment in the above-referenced case are scheduled for **Monday, September 22, 2025 at 1:45 p.m.** in Courtroom 4A, Cape Girardeau, Missouri.

*Defendant's presence is required for the hearing.*

Dated this 19th day of September, 2025.

                                             */s/ Abbie Crites-Leoni*
                                             ABBIE CRITES-LEONI
                                             UNITED STATES MAGISTRATE JUDGE