UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:25CR00110 SNLJ ACL |
| v. | ) |
| | ) |
| LOUIS F. HICKS, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Comes now Amanda Altman, Assistant Federal Public Defender for the Eastern District of Missouri, and enters her appearance as attorney of record for Defendant.

Respectfully submitted,

/s/Amanda Altman
AMANDA ALTMAN   59291 MO
Assistant Federal Public Defender
325 Broadway
Cape Girardeau, Missouri 63701
Telephone 573-339-0242
FAX: 573-339-0305
E-Mail: amanda_altman@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on 9/19/2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.

/s/ Amanda Altman
AMANDA ALTMAN   59291 MO