FILED

FEB 19 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Case No. 1:25CR00110 SNLJ
)
[illegible] Hicks, )
)
Defendant. )

**NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)**

Comes now counsel for the above-named defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☐ A Notice of Appeal will be filed by defense counsel within the time allowed by law.

☐ Defense counsel has explained to defendant his/her right to appeal, defendant has not requested that counsel file a Notice of Appeal, and defendant declines to sign this notice.

☒ Defense counsel has explained to defendant his/her right to appeal, defendant does not wish to file a Notice of Appeal, and defendant has signed below to so indicate.

**(<u>Note</u>: Defense counsel must check the appropriate box that applies above.)**

2/19/26
Date

Signature of Attorney

2/19/26
Date

Signature of Defendant